**Maria Alicia Juana Duran MARTINEZ, AKA Alicia Duran, AKA Juana Martinez, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

**No. 15-72975**

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2017*

Filed March 15, 2017

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

564

Larry Liem Doan, Attorney, Law Offices of Larry L. Doan, Los Angeles, CA, for Petitioner

Stefanie A. Svoren-Jay, Trial Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

## MEMORANDUM **

Maria Alicia Juana Duran Martinez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's order of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law and for substantial evidence factual findings. *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005). We deny the petition for review.

The agency correctly concluded that Duran Martinez was statutorily ineligible for adjustment of status under 8 U.S.C. § 1255(i) because she is inadmissible under 8 U.S.C. § 1182(a)(9)(C)(i)(I), where substantial evidence supports the agency's determination that she reentered the United States without being admitted, after previously accruing more than one year of unlawful presence. *See Garfias-Rodriguez v. Holder*, 702 F.3d 504, 513-14 (9th Cir. 2012) (en banc). Contrary to Duran Martinez's contention, the agency did not rely

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

on her witness's testimony in making that determination.

## PETITION FOR REVIEW DENIED.